# DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendants ALBERIC AGODIO, AORE INVESTMENTS, INC, AORE REAL ESTATE INVESTMENTS FUND I, LP, AORE GROUP I, LLC AND ONE OR MORE JOHN DOES, ("AGODIO"), pursuant to Fed. R. Civ. P. 12(b)(6), hereby move for entry of an order dismissing plaintiff's complaints of breach of contract and fraud. The grounds for the relief sought are set forth in the attached memorandum of points.

Dated: Washington, D.C.

January 25, 2012

**ALBERIC AGODIO, AORE INVESTMENTS, INC, AORE REAL ESTATE INVESTMENTS FUND I, LP, AORE GROUP I, LLC AND ONE OR MORE JOHN DOES**


RECEIVED
FEB 0 1 2012
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**AJAY OJHA**

**400 Massachusetts avenue NW,**

**Washington, DC 20001**

Plaintiff,

- against -

**ALBERIC AGODIO, AORE INVESTMENTS, INC, AORE REAL ESTATE INVESTMENTS FUND I, LP, AORE GROUP I, LLC AND ONE OR MORE JOHN DOES**

**12414 A Liberty Bridge rd,**

**Fairfax, VA 22033**

Defendants.

Case No. 1:12-CV-00009

Assigned to: Huvelle, Ellen S.

Assign Date: 1/5/2012

Description: Contract

## PRELIMINARY STATEMENT

Defendant, ALBERIC AGODIO and his companies submit this memorandum of points in support of their Motion to Dismiss the Complaint, filed January 5, 2012 and bringing false accusations of breach of contract and fraud against them.

In or about March 2011, Agodio contacted Ojha while in the District of Columbia. Agodio asked Ojha to be an equity partner in his companies (The Defendant companies named herein) by providing a loan of $100,000 to himself and his companies payable back within a few months contingent upon AORE Real Estate Investments Fund I, LP, one of the companies, successfully raising the amount of $2,000,000 from investors via a private placement offering and being fully operational to transact business in the distressed properties market in Baltimore City.

As 51% owner in AORE Group I, LLC, Agodio and his companies future earnings based upon their successful capital raise would allow them to repay to Ojha, the total sum of $100,000, plus $15,000 of fees incurred through capital gains by Ojha and an additional $10,000 attorney fees incurred to prepare the private placement documentation in order to raise capital for AORE Real Estate Investments Fund I, LP. In return, Ojha was given a 29% ownership stake in both AORE Investments Inc and AORE Group I, LLC, the newly created company in charge of managing

the real estate investments made by AORE Real Estate Investments Fund I, LP. Mr. Ojha subsequently assumed the responsibilities of president and co-owner of AORE Investments, Inc and was a member of the General Partnership of AORE Real Estate Investments Fund I, LP. Some evidences are attached to this motion.

Mr. Ojha agreed to the terms and entered into a partnership with Mr. Agodio and his companies. Articles of organization of AORE Group I, LLC, newsletters and emails could be provided as evidence that Mr. Ojha was indeed a minority owner in Agodio's companies. Some evidences such as newspaper articles are attached to the motion. As a reminder, AORE Group I, LLC is a new entity formed by the principals of AORE Investments, Inc for the sole purpose of managing the investments of AORE Real Estate Investments Fund I, LP.

As a 29% partner in Mr. Agodio's companies, Mr. Ojha had the implied obligations to share both profits, losses as well as expenses of Mr. Agodio's companies.

As a 29% partner in Mr. Agodio's companies, Mr. Ojha had the obligation to participate in the companies daily activities and help raise funds from investors and contribute to the companies growth and eventual success.

As a 29% partner in Mr. Agodio's companies, Mr. Ojha had the moral obligation to remain on board with the companies until the companies raised the necessary

funds to start running an effective operation and upon the success of AORE Real Estate Funds I, LP, Mr. Ojha $125,000 would be reimbursed.

## POINT I: DEFENDANT DENIES THE FOLLOWING ACCUSATION: BREACH OF CONTRACT

Agodio and his companies are not in breach of contract. Agodio disclosed to the full extent of the law the terms of the partnership. Mr. Ojha agreed to the terms and entered into a partnership with Mr. Agodio and his companies. Newspaper articles are provided as evidence that Mr. Ojha was indeed a co-owner and president in Agodio's companies. As a 29% partner in Mr. Agodio's companies, Mr. Ojha had the implied obligations to share both profits, expenses and/or losses of Mr. Agodio's companies.

Furthermore, there is no written existing contract between Agodio, his companies and Ojha in regards to the terms of the $125,000 debt. Agodio and his companies do acknowledge the debt and therefore take the full responsibility of repaying the debt as soon as they are able to arrive at a reasonable agreement with Ojha and his counsel. There was no pre-determined time frame for the $125,000 debt to be repaid to Ojha. The repayment was dependent upon a successful capital raise and AORE Real Estate Investments Fund I, LP growing into a successful operation.

Agodio has unsuccessfully attempted to negotiate terms of the loan repayment with Ojha's counsel. Mr. Ojha and his counsel have at several occasions refused to negotiate the terms of the repayment in good faith and tried to impose that Mr. Agodio and his companies repay the loan within 12 months, something that is financially not feasible.

**POINT II: DEFENDANT DENIES THE FOLLOWING ACCUSATION: FRAUD**

Agodio and his companies have not committed any fraud. Ojha was president and co-owner of Agodio's companies, he had full disclosures of all the companies finances and was given access to all business bank accounts. Agodio disclosed to the full extent of the law the terms of the partnership. Mr. Ojha agreed to the terms and entered into a partnership with Mr. Agodio and his companies. Articles of organization of AORE Group I, LLC could be provided as evidence. Newspaper articles are provided as evidence that Mr. Ojha was a minority owner in Agodio's companies and not an investor. There was no misrepresentation made. Ojha was fully aware of all the facts. Ojha participated in some of the companies activities including meeting with potential investors for AORE Real Estate Investments Fund I, LP.  Ojha had no complaints until August of 2011 when he was laid off from his job and started experiencing financial difficulties. The financial stress caused him to end the partnership without any prior notice on November 1, 2011

and call off the $125,000 note abruptly although knowing the financial situation of Agodio and his companies as he was a partner in these companies. This action by Ojha is completely unfair to Agodio and his companies. Nevertheless, Agodio has demonstrated willingness to repay the $125,000 debt if he is able to reach a reasonable agreement with Ojha and his counsel.

## POINT III: DEFENDANT DENIES THE FOLLOWING ACCUSATION: DEBT OF $5,288 CREATED BY COMPANY'S EXPENSES

As a 29% partner in Mr. Agodio's companies, Mr. Ojha had the implied obligations to share both profits and losses of the companies, as well as 29% of expenses incurred by Mr. Agodio's companies. Nevertheless, Agodio and his companies have agreed to repay the $5,288 to Ojha. A post dated check has been remitted to Ojha for Agodio's companies expenses reimbursement several months ago. The check is to be cashed by Ojha as soon as Agodio and his companies liquidate some of the real estate assets on their books. Liquidation is in process. Mr. Ojha has never absorbed any costs related to running any of the companies. As a 29% owner, he was supposed to incur 29% of the costs. Again this demonstrates that Ojha entered the partnership for the sole purpose of benefiting and profiting immediately and failed to assess the risks associated to running a business.

CONCLUSION

For the foregoing reasons, the motion should in all respects be granted, and plaintiff's complaint should be dismissed with False accusation and lack of validity.

Dated: Washington, D.C.

January 25, 2012,

**ALBERIC AGODIO, AORE INVESTMENTS, INC, AORE REAL ESTATE INVESTMENTS FUND I, LP, AORE GROUP I, LLC AND ONE OR MORE JOHN DOES**

**Alberic O. Agodio**

| | |
|---|---|
| From: | Aojha@aoreinvestments.com |
| Sent: | Saturday, August 20, 2011 5:52 PM |
| To: | Aojha@aoreinvestments.com |
| Cc: | Al Agodio; Ludovic Agodio; Del Hunter |
| Subject: | RE: Article is Online |
| Attachments: | Baltimore_Sun_21_Aug_Article.pdf |

Attached is a PDF version of the article that I created. We can send this out as an attachment.

Kind Regards,

Ajay K. Ojha, Ph.D.
President
AORE Investments Inc., a division of AO Companies
7272 Wisconsin Ave, Suite 320
Bethesda, MD 20814
Tel: 301-571-9423
Cell: 919-395-2247
EFax: 703-995-4858
Website: www.aoreinvestments.com


-------- Original Message --------
Subject: Article is Online
From: <Aojha@aoreinvestments.com>
Date: Sat, August 20, 2011 8:00 am
To: "Al Agodio" <aagodio@aoreinvestments.com>, "Ludovic Agodio"
<lagodio@aoreinvestments.com>, "Del Hunter"
<dhunter@aoreinvestments.com>

http://www.baltimoresun.com/business/

Kind Regards,

Ajay K. Ojha, Ph.D.
President
AORE Investments Inc., a division of AO Companies
7272 Wisconsin Ave, Suite 320
Bethesda, MD 20814
Tel: 301-571-9423

1

Cell: 919-395-2247
EFax: 703-995-4858
Website: www.aoreinvestments.com

2

August 21, 2011

www.baltimoresun.com/business

**Home > Business**



## City homes for $10,000 and less
Sales of houses for $10,000 and less in Baltimore soared in the first half of 2011. Most buyers are investors, but some plan to move in and rehabilitate From left, Alberic O Agodio, Delano Hunter and Ajay K Ojha, partners in AORE Investments Inc, stand outside 611 Archer St., one of their 30-plus properties

# In Baltimore, homes for $10,000 — and less
**Housing prices continue to fall through much of the region, with some of the most striking examples in city neighborhoods**

By Jamie Smith Hopkins, The Baltimore Sun
12:25 p m EDT, August 20, 2011

Andrew Wells is hoping to buy a Baltimore home for around the cost of an old car Less than $10,000

Turns out he's in good company

One of every 10 city homes sold during the first half of the year — about 275 in all — fell in that price range Twice as many sold for under $20,000

Often foreclosures, these properties are usually in bad shape but seem like deals to real estate investors and the occasional hopeful owner-occupier — such as Wells

"I don't have to worry about trying to get a loan," said Wells, 40, a bill-processing technician who works in Annapolis "That was the purpose of me searching in that price range I could buy something, pay cash, and I could live in it and renovate at the same time "

Almost exclusively a city phenomenon — very few homes in Baltimore's suburbs sold for less than $10,000 — it's a market that has expanded rapidly More city homes sold for less than $10,000 between January and June than in all of 2009 and 2010 combined Dozens of city neighborhoods had at least one such sale this year

As very cheap homes change hands, average sale prices in Baltimore have plummeted Seventy city neighborhoods saw average prices drop more than 20 percent versus a year ago, according to a Baltimore Sun analysis of data from Metropolitan Regional Information Systems That's half of the neighborhoods with enough sales to allow for comparison

Fewer than 10 percent of suburban communities around Baltimore experienced an average price decline that large Prices in the region dropped 6 percent on average

But with the city's faster-falling prices have come more buyers Sales rose in more than half of the city's neighborhoods compared with the first six months of last year Sales rose in fewer than 40 percent of suburban communities

Still, both the city and suburbs have areas where sales are down sharply since the federal tax credit of up to $8,000 for first-time homebuyers expired last summer The number of homes sold during the first half of this year fell more than 20 percent in one of every five city neighborhoods and suburban ZIP codes, according to the Sun analysis

Six years since the peak of the housing bubble, the Baltimore region doesn't look as if it has recovered from the slide that followed

The number of homes sold in the first half of the year is down nearly 50 percent from the level in the first half of 2005 Prices still are dropping in most communities And at least some of the places where prices rose on average this year are actually seeing values fall — but buyers are using their greater purchasing power to get better homes, pushing the average upward

Mortgage insurer PMI Group thinks the odds are against a turnaround on prices in the near term, considering the rates of unemployment and foreclosure The firm calculated a nearly 70 percent chance that prices in the Baltimore area will be lower in early 2013 than they were at the beginning of this year

David Berson, PMI's chief economist, said the weak job market has weighed on prospective buyers He said a sustained pickup in hiring would give more people the ability — and confidence — to buy

With more buyers would come more support for prices

"One of the reasons we're seeing fewer transactions now is people are waiting for a bottom in prices," Berson added "A lot of people probably would buy today, but they don't want to buy a depreciating asset "

The Sun's housing-market analysis includes city neighborhoods and ZIP codes in the region with at least five home sales between January and June last year and again this year Rockville-based Metropolitan Regional Information Systems, which runs the multiple-listing service used to buy and sell homes in the area, provided the database of transactions

As sales of ultra-cheap homes multiplied this year, the ultra-pricey end of the market was also showing a bit more life Three homes — all in Annapolis — sold for more than $4 million each in the first half of the year, up from one in the region during all of last year

But inexpensive is outnumbering expensive by a large margin For every home that sold for more than $1 million in the region, 22 sold for less than $100,000

The cheapest sale — a home on Payson Street in Southwest Baltimore — changed hands between real estate investors for just $10 in February An attorney drafting the land record, realizing the number would look like a mistake, wrote that the amount "is the actual consideration, the property being in bad condition " The annual ground rent on the property is nearly eight times the purchase price

A low-low price isn't always a good deal The seller of the Payson Street home bought it for $353 a few years ago

John Mitnick, whose Baltimore law firm handled the $10 transaction, noted, "There are lots of property owners in Baltimore City that just want to get rid of properties "

Count banks in that category Nearly 40 percent of city home sales in the first seven months of the year were foreclosures, according to a Greater Baltimore Board of Realtors analysis

Foreclosures aren't as large a part of the suburban housing market, but they're not a small part, either They accounted for about 20 percent of sales in every county around Baltimore except affluent Howard, where theywere 10 percent

And as other homes languish in foreclosure limbo, empty but not yet on the market, they're causing problems for neighbors

James Reichlin says the foreclosure directly across the street — with its overgrown grass, broken front window and overall state of disrepair — has not helped him sell his Ellicott City home To make matters worse, the homes on either side of the foreclosure are also empty and in poor condition

What the insurance-claims investigator has going for him, besides the stone house he spent years restoring, is a location in a well-regarded school district a short walk from the shops on Ellicott City's historic Main Street

He found buyers who appreciated that, and the deal is scheduled to close Tuesday But he knows from real estate agents' feedback that some prospective buyers couldn't get past the unwelcome neighbors

"Nine times out of 10, they would leave comments like, 'House shows well, had concerns about . the surrounding properties,'" Reichlin said "What are you going to do?   Pray for lightning — that's about it "

In Baltimore, the big number of foreclosure sales helps explain the low prices

Darley Park, a tiny neighborhood tucked near the intersection of North Avenue and Harford Road, is home to nearly 100 properties tagged as vacant by the city Of its 15 home sales in the first half of the year, the least expensive changed hands for $3,960 The most expensive was all of $14,000 Prices plummeted 70 percent on average from a year earlier

A dozen neighborhoods sprinkled around the city didn't have a home sale higher than $30,000 Average around $10,000

At those prices, "I guarantee you're going to be buying it with cash because the bank does not want to play games with someone who needs financing," said Jonathan Benya, a real estate agent with Keller Williams of Southern Maryland who works on foreclosure transactions across the state

"The bank is much happier to just cut their losses and sell it to somebody who can buy it within 14 days "

John Kantorski, a real estate agent with Cummings & Co Realtors in Lutherville, said homes in the lowest price range usually have one thing in common

"They're terrible inside They need full, full rehab work in one way or another," he said "Usually there's no kitchen — or no walls "

Some have been empty for years Mold is frequently a problem

That's why the buyers are largely real estate investors Some are just looking to flip to other investors Some intend to fix the properties up themselves, either as a rental — rents are on the rise — or to sell to people looking for a home ready to move into

Alberic "Al" Agodio, whose Bethesda-based AORE Investments Inc rehabs homes in Baltimore, said the shells going for $10,000 today were selling for $30,000 or $40,000 several years ago

There's a ripple effect After a complete rehabilitation, these homes would have sold for $150,000 or so a few years ago, he estimates He said he's now pricing homes for around $80,000

"It's a better deal for everybody," Agodio said

But the competition for cheap places in not-so-awful condition can be fierce At least, that's what Wells, the bill-processing tech, has found He wants a home he can live in while he fixes it up, and he's been outbid three or four times already after submitting offers in the $3,000 to $5,000 range

On other occasions, he discovered when he tried to make an offer that the bank wasn't ready to sell, even though it had put the home on the market

"It's been a roller coaster Very frustrating," said Wells, who lives in Washington

He figures he's seen more than 50 homes Some struck him as diamonds in the rough Plenty of others weren't habitable or sat on eerie "ghost" blocks full of vacants He gave up looking for a while just to give himself a break Now he says he's restarting his search

If it works out as he's hoping, he'll get a home that — post-purchase renovation included — won't cost him more than $35,000

"That's a project I want to take on," Wells said "The end result is, it would be all my work, how I want it "

jhopkins@baltsun.com

*twitter com/realestatewonk*

- Text BUSINESS to 70701 to get Baltimore Sun Business text alerts

Copyright © 2011 The Baltimore Sun

1/25/12   Case 1:12-cv-00009-DAR   Document 8   Filed 02/01/12   Page 17 of 18

**Articles**

---

# Owners of AORE Investments, Inc Featured by NewsUSA Regarding Baltimore Real Estate

Posted on October 3, 2011 by ludovicyu

## Baltimore Inner City Ripe With Real Estate Opportunities

### Neighborhood Revitalization and Real Estate Opportunities Abound in Baltimore



(NU) -Twenty years ago, this wasn't the case. In the past, Baltimore was the poster child for deindustria experienced race riots in the 1960s, massive middle-class exodus, waves of drugs, crime, property "flipp slumlords. If you're familiar with the gritty, HBO Baltimore-based series, "The Wire," you get a sense of crime and decay it's infamous for "Baltimore is one of those cities who's been in the best of times and t times," says Ajay Ojha, president and co-owner of AORE Investments, Inc www.aoreinvestments.co estate investment firm in Baltimore. "But the city has improved and is flourishing on issues such as crime and education "Nestled just inside the Northeast Corridor— a short 40 minutes north of the nation's capi port city of Baltimore, Maryland The city is rich in history; perhaps most wellknown for the Battle of Baltimore during the War of 1812, where Francis S penned what would become the American national anthem. Today, the Baltimore Inner Harbor is a tourist mecca, drawing millions of visitors each year t world-famous crab cakes, watch the Orioles play in Camden Yards, catch a Ravens football game and tour the harbor's historic ships and National Aqua

The revitalization of Inner Harbor Baltimore communities and the strengthening economy has provided unique real estate opportunities for investors looki capitalize on the growing real estate market To get an idea of the high-potential rental income An investor who spends $300,000 to $400,000 on a house Virginia will most likely bring in $2,500 to $2,800 at most in monthly rental income If that same investor spent the same amount in Baltimore city, he wo to purchase 4 properties that will rent at $1,000 each, making the total monthly income $4,000—a 7 percent difference in annual return. "In three to seve when the market turns around, that same property could easily sell for $150,000 — creating huge capital gains," says Al Agodio, Founder and CEO of A( Investments. The result, he says, is a community ripe for potential strong rental incomes and capital gains for young professionals, families and retirees l sound investment or to buy an affordable home "The decrease in abandoned houses in the Baltimore harbor automatically translates into less crime and d then signifies a better standard of living for the people in these communities," says Agodio.

Ojha and Agodio have completed 200 projects over the past eight years in the Baltimorecommunity, providing sound investments in a stable environment clients while simultaneously helping their community Through an affiliated company, AORE helps clients administer day-to-day responsibilities such as t screening and selection, rent collections, mortgage payments and property maintenance. If a client enlists these services, and the property is still vacant a they will offer a monthly contribution to the client until the vacancy is filled Being minorities themselves, they recognize the importance of raising the sta living in inner cities and are dedicated to revitalizing as many communities as possible

"Our mission is to help people in whatever way we can," says Ojha "We are very fortunate to be able to provide first-time home buyers with quality hou affordable prices and help investors create positive cash flow while making a difference in the neighborhoods "

To learn more about AORE Investments, visit www.aoreinvestments.co

This entry was posted in Uncategorized. Bookmark the permalink.

---

### Articles