## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**AJAY OJHA,**                          )
                                        )
                 **Plaintiff,**         )
                                        )
            **v.**                      )        **Civil Action No. 12-0009 (ESH)**
                                        )
**ALBERIC AGODIO,** *et al.*,           )
                                        )
                 **Defendants.**        )
_____)

### ORDER FOR INITIAL SCHEDULING CONFERENCE

 The above-captioned case has been assigned to this Judge for resolution.  The Initial

Scheduling Conference is set for **May 24, 2012, at 9:45 a.m. in Courtroom 23A**.  Counsel who

attend must be sufficiently familiar with the case to answer any questions which arise; parties are

welcome and are encouraged to attend.

 Pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel

shall confer at least 21 days prior to the above date and submit their Report addressing all topics

listed in Local Civil Rule 16.3(c) no later than 14 days following their meeting (*i.e.* no fewer

than seven (7) days prior to the date of the Initial Scheduling Conference).  Counsel are

reminded that Rule 26(f) has been amended to direct the parties to discuss at their discovery

planning conference issues relating to discovery of electronically stored information,

preservation of discoverable information, and assertions of privilege or of protection as trial-

preparation materials, including whether to ask the Court to enter an order reflecting any

agreement between the parties regarding the procedure for asserting such claims after

production.  *See* Fed. R. Civ. P. 26(f)(3).  If appropriate, counsel must address these additional

topics in their Report.  Counsel are also directed to either include in their Report or in a supplemental pleading to be filed no later than 72 hours prior to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.  In addition, the Court urges counsel to have their clients attend the Initial Scheduling Conference and all subsequent court proceedings.

Extensions or enlargements of time will only be granted upon motion, and not upon stipulation by the parties.  Motions for a continuance or other scheduling change must be filed three business days prior to the hearing and must include alternative dates that have been agreed to by all parties.  Requests that do not include an alternative date acceptable to all parties will be denied.

Parties are to communicate with the Court by motion, opposition, and reply, not by letter. Inquiries concerning the status of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Gwen Franklin (202/354-3145), or if she is unavailable, to the staff person in the Clerk's Office designated as her substitute, and not to chambers.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters.

In an emergency, however, chambers can be reached at 202/354-3230.


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: May 1, 2012

2