**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| AJAY OJHA, ) | |
|     Plaintiff, ) | Civil Action No. 1:12-cv-00009-ESH |
| v. ) | |
| ALBERIC AGODIO, ) | |
| AORE INVESTMENTS, INC. ) | |
| AORE REAL ESTATE ) INVESTMENTS FUND I, LP ) | |
| AORE GROUP I, LLC ) | |
|     Defendants. ) | |

**MOTION FOR LEAVE TO FILE ANSWER**
**INCLUDING STATEMENT OF AUTHORITIES**

Defendant Aore Investments, Inc., Aore Real Estate Investments Fund I, LP, and Aore Group I, LLC (hereinafter, collectively "Defendants"), through counsel, hereby file for leave to file an answer in this matter. Counsel previously filed a motion to dismiss. That motion was denied on May 1, 2012. Counsel anticipated discussing issues such as pleadings at tomorrow's status conference, but Plaintiff's counsel has filed an affidavit for entry of default based on Defendants not filing an answer by May 15, 2012. Counsel attaches a proposed answer for

1

Defendants with this motion for leave.  Defendants admit money was invested, but on an equity basis.

Courts strongly disfavor defaults and prefer resolution on the merits.  Even where a party filed an answer six months late, without leave of court, and after entry of default, the U.S. District Court for the District of Columbia nevertheless denied a motion for default and to strike the answer in Canady et al v. Erbe Elektromedizin, et al,  307 F. Supp. 2d 2 (D.D.C. 2004).  See also Jackson v. Beech, 636 F.2d 831, 835 (D.C. Cir. 1980)(emphasizing that "it seems inherently unfair to . . . enter judgment as a penalty for filing delays.").

Counsel contacted Plaintiff's counsel in this matter to try to obtain Plaintiff's consent to this Motion, but did not receive a response.

Dated:  May 23, 2012.

Respectfully submitted,

/s/ George R. A. Doumar
George R.A. Doumar (DC #415446)
Doumar Martin PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
(703) 243-3737
Fax:  (703) 524-7610
e-mail: gdoumar@doumarmartin.com

Counsel for Defendant
Aore Investments, Inc.,
Aore Real Estate Investments Fund I, LP,
and Aore Group I, LLC

**Certificate of Service**

I hereby certify that on this 23rd day of May 2012, I sent a copy of the foregoing via ECF to the following:

Patrice A. Sulton, Esq.
DC Bar # 009606
601 Pennsylvania Ave., N.W.

Suite 900 South
Washington, D.C. 20004
Telephone: (202) 681-8783
Email: Patrice.sulton@sultonlaw.com

Attorneys for Plaintiff Ajay Ojha

/s/ George R. A. Doumar
George R.A. Doumar (DC #415446)
Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
Tel: (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com

Attorney for Defendants
Aore Investments, Inc.,
Aore Real Estate Investments Fund I, LP, and
Aore Group I, LLC