UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AJAY OJHA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-0009 (ESH) |
| | ) | |
| **ALBERIC AGODIO,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF REFERRAL

Based upon the parties' request that this case be referred for mediation before a United States Magistrate Judge, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Facciola for settlement discussions to begin on or about May 31, 2012. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference. Settlement discussions are to conclude on July 3, 2012.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 24, 2012

-1-