# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AJAY OJHA** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 12-0009 (ESH) |
|  | ) |
| **ALBERIC AGODIO,** *et al.* | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## ORDER

The parties appeared before the Court on July 19, 2012 for an initial scheduling conference. Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is hereby ORDERED that

1. Discovery shall be completed by October 1, 2012. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

2. Discovery material shall not be filed with the Court except as provided in Local Civil Rule 5.2(a) and Federal Rule of Civil Procedure 5(d).

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service. *See* Fed. R. Civ. P. 33.

4. Each party is limited to a maximum of 20 requests for admission to any other party. Responses to all requests for admission are due 30 days after service.

5. Each party is limited to a maximum of 3 depositions and no deposition shall exceed 7 hours unless both parties agree or unless authorized by the Court. Fed. R. Civ. P. 30(d); LCvR 26.2(c). Defendant will be deposed no later than August 30, 2012.

6. Plaintiff's dispositive motion shall be filed by October 15, 2012; defendants' cross-motion and opposition by November 2, 2012; plaintiff's reply, if any, by November 12, 2012; and defendants' final reply, if any, by November 22, 2012. A motion for extension of time to file a motion, opposition or reply will be denied except upon a showing of good cause.

7. Dates relating to end of discovery, status conferences and motions practice shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. Fed. R. Civ. P. 16(b); LCvR 16.4. *See Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219, 219-20 (D.D.C. 1996).

8. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting Chambers. Counsel shall not file discovery motions without a prior conference with the Court and opposing counsel.

9. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a

magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

**SO ORDERED.**

                                                   /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

DATE: July 19, 2012