IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AJAY OJHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-00009-ESH |
| ) | |
| ALBERIC AGODIO, ) | |
| ) | |
| AORE INVESTMENTS, INC. ) | |
| ) | |
| AORE REAL ESTATE ) | |
| INVESTMENTS FUND I, LP ) | |
| ) | |
| AORE GROUP I, LLC ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT ALBERIC AGODIO'S MOTION FOR EXTENSION OF TIME FOR DEPOSITION DUE TO GOOD CAUSE**

Plaintiff Ajay Ojha, by his attorney Patrice A. Sulton, hereby responds in opposition to Defendant Alberic Agodio's motion for extension of time, filed August 16, 2012, at Doc. # 31. The Court should deny this motion and award Plaintiff motion costs.

Defendant Alberic Agodio filed a motion for extension of time to take his deposition, requesting a date after November 5, 2012. Doc. # 31, p. 1. Defense counsel did not confer with Plaintiff's counsel before filing this motion, as required by Local Rule 7(m).

If the Court granted this motion, it would greatly prejudice Plaintiff. The discovery cutoff in this case is October 1, 2012. Doc. # 27, p. 1, ¶ 1. Essentially, Agodio's motion seeks

an indefinite stay of crucially important discovery in this case, and seeks to vacate the entire Scheduling Order, without any showing of good cause therefore.  As the Court clearly stated in its Scheduling Order (Doc. # 27, p. 2, ¶ 7):

> Dates relating to end of discovery, status conferences and motions practice shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. Fed. R. Civ. P. 16(b); LCvR 16.4. *See Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219, 219-20 (D.D.C. 1996).

Good cause is not shown. None of the "information" provided by opposing counsel is supported by an affidavit or other evidence and some of the "information" is highly suspect. Plaintiff reiterates here the concerns that were raised on the record at the scheduling conference on July 19, 2012, regarding the veracity of the representations Agodio has made to defense counsel.  For example, a quick search of the Internet shows that the residence address of Agodio currently is listed for rental, suggesting Agodio does not intend to return to the USA any time soon.  Rental Listing, attached as **Exhibit 1**.  Despite the Court's order requiring Agodio to provide a current address (Doc. # 2, p. 2), on August 2, 2012, the Court's mail to Agodio was returned.  Doc. # 28.

Over Plaintiff's objections, the court has already generously afforded Defendants three extensions of time to file an Answer in this case, enlarging the response time from thirty days to five months.  Doc. # 2; Minute Order dated February 24, 2012, attached as **Exhibit # 3**; and Minute Order dated May 24, 2012, attached as **Exhibit # 4**.

On four separate occasions, Agodio has failed to comply with the Court's directives to appear in Court.  On May 24, 2012, and on July 19, 2012, Agodio failed to appear for the initial scheduling conference.  See Doc. # 15.  On June 18, 2012, and on July 10, 2012, he failed to appear for ADR before Magistrate Judge Facciola.  See Doc. # 21.

On July 19, 2012, the Court ordered Agodio to appear for deposition by August 30, 2012, unambiguously stating from the bench to Agodio's attorney: "Get him here." Plaintiff's counsel immediately noticed Agodio's deposition for August 30, 2012. Deposition Notice, attached as **Exhibit 2**. This Notice provided Agodio the full amount of time set by the Court.

Agodio's attorney reports Agodio left the USA – the exact date of his departure is unclear. Doc. # 31, p. 1. However, Agodio left the USA *after* knowing that this case was pending and *after* admitting to this Court that he owes Plaintiff the money sought in this lawsuit. Doc. # 7, p. 5.

## RELIEF REQUESTED

For all of these reasons, and based on the record in this case, Plaintiff respectfully requests that the motion be denied and Plaintiff awarded motion costs.

Dated this 27th day of August, 2012.

    Respectfully,

*s/ Patrice A. Sulton*
Patrice A. Sulton, Bar No. 990606
Attorney for Plaintiff Ajay Ojha
Sulton Law Offices, PLLC
601 Pennsylvania Avenue, NW
Suite 900 South
Washington, DC 20004
Telephone: (202) 681-8783
Email: patrice.sulton@sultonlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

George Doumar
Doumar Martin, PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Tel: (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com
Attorney for all defendants

*s/ Patrice A. Sulton*
Patrice A. Sulton, Bar No. 990606
Attorney for Plaintiff Ajay Ojha
Sulton Law Offices, PLLC
601 Pennsylvania Avenue, NW
Suite 900 South
Washington, DC 20004
Telephone: (202) 681-8783
Email: patrice.sulton@sultonlaw.com