UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJAY OJHA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERIC AGODIO, et al.,<br><br>    Defendants. | Civil Action No. 12-009<br>DAR |

**AMENDED SCHEDULING ORDER**

For the reasons set forth on the record at the October 17, 2012 status conference, it is hereby **ORDERED** that

(1) Plaintiff shall file his motion for summary judgment as to the issue of liability by no later than October 19, 2012. Defendants shall file their opposition to Plaintiff's motion for summary judgment by no later than November 16, 2012. Plaintiff shall file his reply in further support of his motion for summary judgment by no later than November 26, 2012; and

(2) Defendants shall serve their complete responses to Plaintiff's requests for admissions by no later than October 31, 2012. Defendants shall serve the documents responsive to Plaintiff's written discovery requests by no later than November 12, 2012. Without objection from Defendants, Plaintiff may include such discovery responses in his reply in further support of his motion for summary judgment; and

(3) Defendant Alberic Agodio shall be available to be deposed by Plaintiff by no later than November 20, 2012; Plaintiff Ajay Ojha shall be available to be deposed by Defendant

Agodio by no later than November 27, 2012; and

    (4) the parties shall complete discovery by no later than December 10, 2012; and

    (5) the parties shall file all remaining dispositive motions by no later than December 24, 2012; oppositions to such motions shall be filed by no later than January 8, 2013; replies shall be filed by no later than January 15, 2013; and

    (6) the parties shall appear for a final pretrial conference on Tuesday, April 9, 2013 at 9:30 am in Courtroom 4; the parties shall file pretrial statements in accordance with LCvR 16.5; and

    (7) trial is scheduled to commence on Tuesday, May 7, 2013 at 9:30 am.


                                                    /s/
                                   DEBORAH A. ROBINSON
                                   United States Magistrate Judge