

Patrice Sulton <patrice.sulton@sultonlaw.com>

# Activity in Case 1:12-cv-00009-DAR OJHA v. AGODIO et al Order on Motion for Extension of Time to

| | |
|---|---|
| **DCD_ECFNotice@dcd.uscourts.gov** <DCD_ECFNotice@dcd.uscourts.gov><br>To: DCD_ECFNotice@dcd.uscourts.gov | Thu, Oct 4, 2012 at 12:27 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 10/4/2012 at 12:27 PM and filed on 10/4/2012
**Case Name:** OJHA v. AGODIO et al
**Case Number:** 1:12-cv-00009-DAR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 10/4/2012 granting Defendant's Motion for Extension of Time for Deposition [31]. (lcdar1)**

**1:12-cv-00009-DAR Notice has been electronically mailed to:**

George R. Doumar  gdoumar@doumarmartin.com,  gdoumar@doumarlawgroup.com

Patrice A. Sulton  patrice.sulton@sultonlaw.com

**1:12-cv-00009-DAR Notice will be delivered by other means to::**

ALBERIC AGODIO
12414A Liberty Bridge Road
Fairfax, VA 22033