IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| AJAY OJHA<br><br>　　　Plaintiff,<br>v.<br><br>ALBERIC AGODIO,<br><br>AORE INVESTMENTS, INC.<br><br>AORE REAL ESTATE<br>INVESTMENTS FUND I, LP<br><br>AORE GROUP I, LLC<br><br>　　　Defendants. | Civil Action No. 1:12-cv-00009-ESH |

**DEFENDANT ALBERIC AGODIO, ET AL**
**RULE 26(a)(1) DISCLOSURES**

Defendant Alberic Agodio, and Defendant Companies: Aore Investments, Inc., Aore Real Estate Investments Fund I, LP, and Aore Group I, LLC (hereinafter, collectively "Defendants"), by counsel, make the following initial discovery disclosures pursuant to the Discovery Plan and Fed. R. Civ. P. 26(a)(1). Defendants reserve the right to supplement their disclosures later.

> **26(a)(1)(A)(i) – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Ajay Ojha, partner/minority owner of Defendant Companies. He can provide testimony relating to his causes of action for breach of contract and fraud.

2. Alberic Agodio, who can be reached through counsel. Mr. Agodio is an officer and

1

shareholder owner of Defendant Companies and can provide testimony relating to Plaintiff's causes of action for breach of contract and fraud.

3. Appropriate Agents of Aore Investments, Inc., who were involved in the business of purchasing and re-selling distressed residential real estate and may have interacted with Plaintiff Ajay Ojha.

4. Appropriate Employees and Agents of Aore Real Estate Investments Fund I, LP, business of purchasing and re-selling distressed residential real estate and may have interacted with Plaintiff Ajay Ojha.

5. Appropriate Employees and Agents of Aore Group I, LLC, who were involved in the business of purchasing and re-selling distressed residential real estate and may have interacted with Plaintiff Ajay Ojha.

6. Appropriate Employees and Agents of Linowes and Blocher, LLP law firm who drafted a Private Placement Memorandum for Defendant companies.

**26(a)(1)(A)(ii) – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. August 20, 2011 Email from Plaintiff Ajay Ojha's in which he signs as President of AORE Investments, Inc.

2. August 20, 2011 Article written by the Baltimore Sun Newspaper in which Plaintiff Ajay Ojha is named as a partner of AORE Investments, Inc.

3. January 25, 2012 article posted online in which Plaintiff Ajay Ojha is named as president and co-owner of AORE Investments, Inc.

4. Aore Group I, LLC Articles of Organization

5. Aore Investments, Inc. Articles of Incorporation for a Close Corporation

6. Aore Investments, Inc. Resolution to Change Principal Office or Resident Agent

7. Aore Real Estate Investments Fund I, LP Certificate of Limited Partnership

Generally, the parties' agreement was verbal, so there is not significant documentation.

**26(a)(1)(A)(iii) – A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including the materials bearing on the nature and extent of injuries suffered.**

1. No damages claimed by Defendants.

**26(a)(1)(A)(iv) – For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a judgment.**

1. None.

Dated: May 31, 2012.

                                                Respectfully submitted,

                                                /s/ George R. A. Doumar
                                                George R.A. Doumar (DC #415446)
                                                Doumar Martin PLLC
                                                2000 N. 14th Street, Suite 210
                                                Arlington, VA 22201
                                                (703) 243-3737
                                                Fax: (703) 524-7610
                                                e-mail: gdoumar@doumarmartin.com

                                                Counsel for Defendant

                                                Alberic Agodio
                                                Aore Investments, Inc.,
                                                Aore Real Estate Investments Fund I, LP,
                                                and Aore Group I, LLC

## Certificate of Service

I hereby certify that on this 31st day of May 2012, I sent a copy of the foregoing via e-mail and regular mail to the following:

Patrice A. Sulton, Esq.
DC Bar # 009606
601 Pennsylvania Ave., N.W.
Suite 900 South
Washington, D.C. 20004
Telephone: (202) 681-8783
Email: Patrice.sulton@sultonlaw.com

Attorneys for Plaintiff Ajay Ojha

/s/ George R. A. Doumar
George R.A. Doumar (DC #415446)
Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
Tel: (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com

Attorney for Defendants

Alberic Agodio
Aore Investments, Inc.,
Aore Real Estate Investments Fund I, LP, and
Aore Group I, LLC