IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| AJAY OJHA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:12-cv-00009-DAR |
| ) | |
| ALBERIC AGODIO, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PRETRIAL STATEMENT**

Plaintiff Ajay Ojha, by his attorney Sulton Law Offices, PLLC, hereby respectfully submits the following Pretrial Statement.

**REQUEST FOR LEAVE TO AMEND**

Currently pending are Plaintiff's Motion for Summary Judgment on the Issue of Liability (Doc. # 36), Plaintiff's Motion to Enlarge Discovery Deadline (Doc. # 39), and Plaintiff's Motion to Compel (Doc. # 41). Plaintiff respectfully requests leave to amend this Pretrial Statement, following judicial rulings on these motions and any subsequent discovery.

**STATEMENT OF THE CASE**

I. **Nature of the Case**

This is an action for breach of contract and fraud.

## II.     Identities of the Parties

Plaintiff Ajay Ojha is an adult resident of the District of Columbia.

Defendant Alberic Agodio is an adult resident of the Commonwealth of Virginia.  He is the founder, incorporator, president, chief executive officer, and/or managing partner of Defendants AORE Investments, Inc., AORE Real Estate Investment Fund I, L.P., and AORE Group I, LLC.  These are closely held companies, with Agodio being in complete control of the operations of his companies.  He is an agent and representative of his companies, and authorized to enter his companies into binding contracts with Ojha and third parties.

Defendant AORE Investments, Inc. is a corporation.  It was incorporated in the State of Maryland on February 4, 2010.

Defendant AORE Group I, LLC is a limited liability company.  It was formed in the State of Maryland on April 1, 2011.

Defendant AORE Real Estate Investment Fund I, L.P. is a partnership.  It was formed in the State of Maryland on April 1, 2011.

One or More John Does are adult individuals, who are residents of Maryland and/or Virginia and involved in the actions complained of herein.

## III.    Jurisdiction

This Court is vested with jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

The unlawful practices alleged herein were committed within the judicial district of the United States District Court for the District of Columbia. Venue of this action is vested in this Court pursuant to 28 U.S.C. § 1391.

## STATEMENT OF CLAIMS

Plaintiff brings two causes of action against all Defendants named herein: (1) Breach of Contract and (2) Fraud.

In March of 2011, while Ojha was in the District of Columbia, Agodio contacted Ojha, asking Ohja to give to Agodio's companies (the Defendant companies named above) $100,000 so that Agodio's companies could purchase and re-sell distressed residential real estate in Baltimore, Maryland. Agodio promised Ojha that in addition to each of Agodio's companies being responsible to repay the $100,000, Agodio too would be jointly and personally liable for repayment of any and all sums of money Ojha gave to Agodio's companies. Agodio also promised Ojha that Agodio's companies would pay Ojha 29% of the profits Agodio's companies made on the re-sale of distressed residential properties in Baltimore, Maryland. Agodio also promised Ojha that Ojha was not risking any of the money Ojha gave to Agodio's companies because Agodio was promising to be personally responsible to repay Ojha all of the money Ojha gave to Agodio's companies and that Ojha would be repaid in full within a few months, which Ojha understood would be three or four months.

Ojha told Agodio that if Ojha transferred the $100,000 from Ojha's account in March 2011 then Ojha would incur capital gains tax in the amount of $15,000. Agodio promised Ojha that Agodio's companies also would pay Ojha this $15,000 amount, that Agodio too would be personally responsible to pay this $15,000, and that this $15,000 amount also would be paid within a few months, which Ojha understood would be within three or four months.

Because of the promises Agodio made to Ojha in March 2011, Ojha bank-wired $100,000 to Agodio's companies' bank account.

Agodio also asked Ojha to pay $10,000 so that a required "Private Placement Memorandum" could be drafted by an attorney. Agodio promised Ojha that both Agodio and Agodio's companies also would be responsible for repaying this $10,000 amount, and that it too would be paid within a few months, which Ojha understood would be three or four months. Ojha gave a $10,000 check to the law firm Linowes and Blocher, LLP.

In May 2011, Agodio asked Ojha to allow Agodio and Agodio's companies to make charges to Ojha's credit card so that Agodio and Agodio's companies could make purchases related to the companies' real estate business. Agodio promised Ojha that both Agodio and Agodio's companies also would be responsible for repaying monthly all credit card charges and any interest accrued. From May 2011 through October 2011, Ojha allowed Agodio and Agodio's companies to make charges to Ojha's credit card. Agodio repaid some of the charges. However, Agodio and Agodio's companies have failed and refused to repay $3,388 in charges and interest charged to Ojha's credit card by Agodio and Agodio's companies.

Agodio also asked Ojha to lend to Agodio $1,900 in cash. Agodio promised Ojha that he would repay Ojha $5,288 for the credit card charges and the cash loan as soon as Agodio's accounts were "unfrozen", which Agodio indicated would occur on or about November 8, 2011.

In October 2011, Ojha demanded that Agodio and Agodio's companies repay Ojha all sums then owing and due, i.e., $130,288. Agodio admitted that he personally and his companies owe the money Ojha claims is due. Agodio offered that he and his companies would both be responsible to pay Ojha $155,288 if Ojha would allow the $130,288 debts then owing and due to be paid in five installments over one year's time.  Neither Agodio nor his companies have made any of the promised payments to Ojha.

## STATEMENT OF DEFENSES

There are no claims asserted against Plaintiff.

## SCHEDULE OF WITNESSES

| | | | | |
|---|---|---|---|---|
| 1 | Ajay Ojha<br>400 Massachusetts Ave., #1221<br>Washington, DC 20001 | All factual claims<br>Damages | 3:00 | Will call |
| 2 | Alberic Agodio<br>*Address not provided to the court, as ordered* | All factual claims<br>Danages | 2:00 | Will call |
| 3 | Opeyemi Oyekanmi<br>AORE Group I, LLC<br>6701 Democracy Blvd.<br>Bethesda, MD 20817 | Dealings between the parties<br>Use of loan money<br>Intent | :30 | May call |
| 4 | Ludovic Agodio,<br>AORE Group I, LLC<br>6701 Democracy Blvd.<br>Bethesda, MD 20817 | Dealings between the parties<br>Use of loan money<br>Intent | :30 | May call |
| 5 | James Tru Redding<br>JTR Inc.<br>1500 Caton Center Dr.<br>Halethorpe, MD 21227 | Transactions with Defendants<br>Intent | :20 | May call |
| 6 | John R. Orrick, Jr. and/or Attorney who drafted PPM<br>Linowes & Blocher, LLP<br>7200 Wisconsin Ave<br>Bethesda, MD 20814 | Transactions with Defendants<br>Dealings between parties<br>Intent | :10 | May call |
| 7 | Michael Branson<br>Virginia Financial Partners, Inc.<br>5364 Yorktown Run Ct.<br>Haymarket, VA 20169 | Dealings between the parties | :30 | May call |
| 8 | Delano Hunter<br>2379 Rhode Island Ave., NE<br>Suite #4<br>Washington, DC 20018 | Transactions with Defendants<br>Dealings between parties<br>Intent | :30 | May call |
| 9 | Cathleen Ward<br>308 Crain Highway North<br>Glen Burnie, MD 21061 | Dealings between parties<br>Intent | :20 | May call |

| | | | | |
|---|---|---|---|---|
| 10 | Larry Hollin aka Larry Gilson<br>Arch Street Advisors<br>401 City Avenue, Suite 815<br>Bala Cynwyd, PA 19004 | Transactions with Defendants<br>Intent | :10 | May call |
| 11 | Tameca Bethel<br>*Address not disclosed by Defendants* | Transactions by Defendants<br>Dealings between parties<br>Intent | :20 | May call |
| 12 | Malcolm or Custodian<br>TM Tax Service Inc.<br>P.O. Box 76188<br>Washington, DC 20013 | Transactions by Defendants<br>Damages | :30 | May call |
| 13 | Custodian of Records,<br>R. Reed Enterprises<br>6401 Belair Rd.<br>Baltimore, MD 21206 | Transactions by Defendants<br>Intent<br>Damages | :20 | May call |
| 14 | Custodian of Records,<br>MCP Corporate Advisors<br>2301 Glenallan Ave., #416<br>Silver Spring, MD 20906 | Intent | :10 | May call |
| 15 | Iverson Gandy, III<br>Gandy Labs, LLC<br>8126 Parkdale Court<br>Springfield, VA 22153 | Intent | :10 | May call |
| 16 | Defendants' prospective capital contributors<br>*Full names not disclosed by Defendants* | Transactions with Defendants<br>Intent | :10 ea. | May call |
| 17 | Sheila Dickson<br>*Address not disclosed by Defendants* | Transactions with Defendants | :20 | May call |
| 18 | Kevin Jewel<br>*Address not disclosed by Defendants* | Intent | :10 | May call |
| 19 | Kagy<br>*Address not disclosed by Defendants* | Transactions by Defendants<br>Dealings between the parties<br>Intent | :10 | May call |
| 20 | Ahmed Ali<br>*Address not disclosed by Defendants* | Transactions by Defendants<br>Dealings between the parties<br>Intent | :10 | May call |
| 21 | Rafi<br>USP Development<br>7777 Leesburg Pike, # 402<br>Falls Church, VA 22043 | Transactions with Defendants<br>Intent | :10 | May call |

| | | | | |
|---|---|---|---|---|
| 22 | Basim Mansour<br>Michael & Son | Transactions with Defendants<br>Intent | :20 | May call |
| 23 | Kader<br>*Last name and address not disclosed by Defendants* | Transactions with Defendants<br>Intent | :10 | May call |
| 24 | Martine Agodio<br>*Address not disclosed by Defendants* | Transactions with Defendants<br>Intent | :20 | May call |
| 25 | Paul Agodio<br>*Address not disclosed by Defendants* | Transactions with Defendants<br>Intent | :20 | May call |
| 26 | Edward Poteat<br>Horsofrd & Poteat Realty<br>226 West 116th Street<br>New York, NY 10026 | Transactions by Defendants<br>Intent | :10 | May call |
| 27 | Mike Reed<br>*Address not disclosed by Defendants* | Transactions by Defendants<br>Intent | :10 | May call |
| 28 | Ramesh Butani<br>HRGM Corporation<br>2021 Shannon Place, SE<br>Washington, DC 20020 | Transactions by Defendants<br>Dealings between parties<br>Intent | :10 | May call |
| 29 | Anita Butani<br>HRGM Corporation<br>2021 Shannon Place, SE<br>Washington, DC 20020 | Transactions by Defendants<br>Dealings between parties<br>Intent | :10 | May call |
| 30 | Mohammed Ali<br>*Address not disclosed by Defendants* | Dealings between parties<br>Intent | :20 | May call |
| 31 | Kevin Gibbs<br>Palace Investment Co.<br>115 West Street, Suite 302<br>Annapolis, MD 21401 | Transactions by Defendants<br>Dealings between parties<br>Intent | :10 | May call |
| 32 | Ron Howard<br>RE/MAX Sails<br>1909 Thomas Street<br>Baltimore, MD 21231 | Transactions by Defendants<br>Dealings between parties<br>Intent | :10 | May call |

7

## LIST OF EXHIBITS

| | | | |
|---|---|---|---|
| 1 | 12/22/11 | Email from Agodio to Sulton Law | Will offer |
| 2 | 12/19/11 | Email from Agodio to Sulton Law | Will offer |
| 3 | 1/15/10 | AORE Business Plan | May offer |
| 4 | 3/11 | AORE Limited Partnership Agreement | May offer |
| 5 | 4/11 | AORE Fund Subscription Documents | May offer |
| 6 | 3/15/11 | AORE Powerpoint Presentation | Will offer |
| 7 | 10/11 | Check from AORE Investments to Ojha 10/11 | Will offer |
| 8 | 3/23/11 | Bank-Wire Transfer Receipt | Will offer |
| 9 | 10/20/10 | AO Companies Financial Statement | May offer |
| 10 | 4/11 | AORE Private Placement Memorandum | May offer |
| 11 | 2011 | AORE Executive Summary | May offer |
| 12 | 12/29/11 | Voicemail from Agodio to Ojha | May offer |
| 13 | 12/29/11 | Voicemail from Agodio to Sulton Law | May offer |
| 14 | 12/1/11 | Voicemail from Agodio to Sulton Law | May offer |
| 15 | 2011-13 | AORE website screen clippings | May offer |
| 16 | 11/28/11 | Returned mail from 6701 Democracy Blvd | May offer |
| 17 | 2/23/12 | Returned mail from 6701 Democracy Blvd | May offer |
| 18 | 1/25/12 | Defendant Agodio's Answer | Will offer |
| 19 | 2/14/12 | Defendant Agodio's Motion for Extension | May offer |
| 20 | 8/2/12 | Returned mail from 12414A Liberty Bridge Road | May offer |
| 21 | 8/16/12 | Defendants' Motion for Extension | May offer |
| 22 | 3/20/12 | Defendants' 12(b)(6) Motion | May offer |
| 23 | 5/23/12 | Defendants' Motion for Leave to File Answer | May offer |
| 24 | 11/16/12 | Defendants' Opposition to Summary Judgment | May offer |
| 25 | 12/17/12 | Defendants' Opposition to Enlarging Discovery | May offer |
| 26 | 2011-13 | Transcripts from court proceedings in this case | May offer |
| 27 | 5/11-1/13 | Wachovia Essential Business Checking Statements | May offer |
| 28 | Undated | List of properties and mortgages | May offer |
| 29 | 2/12-12/12 | R. Reed invoices | May offer |
| 30 | 1/5/12 | Complaint | May offer |
| 31 | 12/19/11 | Promissory Note | May offer |
| 32 | 3/21/12 | Affidavits of authenticity from CBW productions | May offer |
| 33 | 2011 | Text messages between Ojha and Agodio | May offer |
| 34 | 2011 | Emails between Ojha and Agodio | May offer |
| 35 | 2011 | Management Agreement | May offer |
| 36 | 3/15/11 | Check to Linowes and Blocher | Will offer |
| 37 | 7/23/10 | Agodio's 2009 tax return | May offer |
| 38 | 12/11 | emails from Agodio to Sulton Law | May offer |
| 39 | 7/12-9/12 | SunTrust Bank Statements | May offer |
| 40 | 5/31/12 | Defendants' Rule 26 disclosures | May offer |
| 41 | 6/15/12 | Plaintiff's first discovery request | May offer |

| 42 | 7/18/12 | Defendants' Objections to Plaintiff's Discovery Request | May offer |
|----|---------|---------------------------------------------------------|-----------|
| 43 | 1/31/12 | Court Order | May offer |
| 44 | 10/30/12 | Defendants' Supplemental Responses to Discovery Request | May offer |
| 45 | 4/1/11 | AORE Group I Articles of Organization | May offer |
| 46 | 4/1/11 | AORE Investments, Inc. Articles of Incorporation | May offer |
| 47 | 4/1/11 | AORE Fund I Certificate of Limited Partnership | May offer |
| 48 | Various | Documents requested during discovery, referenced by Agodio during his deposition, but not yet disclosed:<br>a) Bank statements from each of the five or more bank accounts held by the corporate Defendants.<br>b) Documents from Defendants' accountant listing in detail which back-owed mortgages were paid by Defendants using Plaintiff's money.<br>c) Emails with Mr. Mourer from News USA regarding payment for a press release and/or news article.<br>d) Two invoices from law firm Linowes and Blocher, LLP, for $10,000 apiece.<br>e) Receipts for Washington Wizards' basketball tickets.<br>f) Monthly statements from property management company R. Reed Enterprises.<br>g) Agodio's 2009 and 2010 tax returns, as filed with the IRS.<br>h) Documents given by Agodio to Wachovia bank, prior to Defendants' account being "frozen."<br>i) Complete copies of all correspondence between Defendants and James "Tru" Redding and/or any of the companies with which he is affiliated and/or associated.<br>j) The agreement Defendants' entered regarding $150,000 in capital commitments.<br>k) Offers made by Defendants on real estate after March 2011.<br>l) Documents relating to the sale of a property located at 3016 Walbrook Avenue, Baltimore, MD. | May offer |

### DESIGNATION OF DEPOSITIONS

As needed for impeachment, Plaintiff intends to offer the deposition of Defendant Alberic Agodio, taken November 20, 2012, at 601 Pennsylvania Avenue, NW, Suite 900 South, Washington, DC, 20004.

## ITEMIZATION OF DAMAGES

Plaintiff respectfully requests the following monetary relief

1. Compensatory Damages: $130,000, plus 29% of any profits realized, plus pre- and post-judgment interest;

2. Emotional Distress Damages;

3. Damages to Plaintiff's Reputation;

4. Punitive Damages;

5. Attorney's Fees;

6. Costs; and

7. Any applicable statutory penalties.

## REQUEST FOR OTHER RELIEF

Plaintiff also respectfully requests such other and further legal and equitable relief as this Court deems just and reasonable under the circumstances.

Dated this 26th day of March, 2013.

                                                  Respectfully,

                                                  **s/PATRICE A. SULTON**
                                                  Patrice A. Sulton, Esq., Bar No. 990606
                                                  Attorney for Plaintiff Ajay Ojha
                                                  Sulton Law Offices, PLLC
                                                  601 Pennsylvania Avenue, NW
                                                  Suite 900 South
                                                  Washington, DC 20004
                                                  patrice.sulton@sultonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2013, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following:

George Doumar
Doumar Martin, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201
Tel: (703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarmartin.com
Attorney for all defendants

                                              **s/PATRICE A. SULTON**
                                              Patrice A. Sulton, Esq. (DC Bar No. 990606)
                                              Attorney for Plaintiff Ajay Ojha
                                              Sulton Law Offices, PLLC
                                              601 Pennsylvania Avenue, NW
                                              Suite 900 South
                                              Washington, DC 20004
                                              Telephone: (202) 681-8783
                                              Email: patrice.sulton@sultonlaw.com